UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, and
TRAINING PROGRAM FUND, and ANNA
GUTSIN, in her fiduciary capacity as Director,

and                                           Civil Action
                                              No. 23-06068(JPO)
MICHAEL PROHASKA, as Business Manager
of the MASON TENDERS DISTRICT COUNCIL         ECF CASE
OF GREATER NEW YORK,
Petitioners,                                  **DEFAULT JUDGMENT**

-against-

AZZ ENVIRONMENTAL, INC.,

Respondent.
-----------------------------------------------------------------x

    This action seeking to confirm the July 17, 2022 arbitration award of Joseph Harris having been commenced on July 14, 2023 by the filing of a Petition to Confirm An Arbitration Award, and a copy of the Petition having been served on Respondent AZZ ENVIRONMENTAL,INC. ("Respondent") on July 20, 2023 on Respondent's agent for service of process at the office of the Secretary of State of the State of New York, and proof of service having been filed on July 28, 2023, and Respondent not having answered the Petition or otherwise appearing in this action, and the time for answering having expired, it is

    ORDERED, ADJUDGED AND DECREED, that Petitioners have judgement against Respondent in the liquidated amount of $110,164.87 with statutory interest to accrue on this amount until paid.

*The Clerk shall close this case upon entry of judgment.*

Dated: New York, NY

June 24, 2024

_____
J. PAUL OETKEN
United States District Judge